IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES A. BAGSBY, | ) |
| Plaintiff/Counter-Defendant, | ) |
| VS. | ) CASE NO. CV 09-297-JPG |
| JOHN BAGSBY, JR., | ) |
| Defendant/Counter-Plaintiff. | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED: February 26, 2010

NANCY J. ROSENSTENGEL, Clerk

By:s/Deborah Agans, Deputy Clerk

APPROVED:  *s/J. Phil Gilbert*
J. PHIL GILBERT
U. S. DISTRICT JUDGE